

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-16-00190-CV

John M. **DONOHUE**,
Appellant

v.

**CITY OF BOERNE CHIEF OF POLICE JAMES KOEHLER**, Officer Pablo Morales,
and Martha L. Donohue,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL
Honorable William R. Palmer Jr., Judge Presiding

## O R D E R

On May 24, 2016, we ordered that John M. Donohue may pursue this appeal against James Koehler in his capacity as Chief of Police of the City of Boerne, Officer Pablo Morales, and Martha L. Donohue. On June 20, 2016, Donohue filed a brief in which he lists only Chief Koehler and Officer Morales as appellees, and the only issues raised and argued concern the dismissal of Donohue's claims against Chief Koehler and Officer Morales.

Donohue's brief does not raise any issues or points relating to Martha L. Donohue, nor does it list her as an appellee. If Donohue intends to pursue his appeal against Martha L. Donohue, we order the brief must be filed by **July 11, 2016**. If Donohue fails to file the brief by the date ordered, we will dismiss the appeal against Martha L. Donohue for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court